UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-21167-RAR

**ALEJANDRO ESPINOZA**,

    Plaintiff,

v.

**ZARA USA INC.**, *d/b/a* **ZARA**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court for a status conference on April 15, 2025, [ECF No. 11]. The parties have informed the Court that they are open to resolving this matter without the need for protracted litigation and are amenable to administratively closing this case while settlement discussions progress. Accordingly, the Court having carefully reviewed the file and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a status report or the appropriate dismissal documents within **sixty (60) days** of the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. All deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 15th day of April, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**